**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01790-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

RONENA S. WALKER,

    Plaintiff,

v.

T. LUCAS, Officer
T. HEALEN, Officer
DEPARTMENT OF CORRECTIONS,
DENVER WOMENS CORRECTIONAL FACILITY,
MDOC MINNESOTA,
SHAKOPEE WOMENS CORRECTIONAL FACILITY,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Ronena S. Walker, who is currently in custody at the Denver Women's Correctional Facility, initiated this action on August 19, 2015, by filing *pro se* a Prisoner Complaint (ECF No. 1) and an "Inmate Motion Requesting to File Without Prepayment of Filing Fees" (ECF No. 2).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted
(2) ___ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing a certified account statement showing the current balance in Petitioner's prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) xx is not on proper form (must use the federal Court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other:

**Complaint, Petition or Application**:

(11) ___ is not submitted
(12) ___ is not on proper form (must use a Court-approved form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing an Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Waive Fee) in a Prisoner Complaint action (with the assistance of her case manager or the facility's legal assistant), along with the applicable instructions, at

[www.cod.uscourts.gov](www.cod.uscourts.gov) to be used in curing the noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action may be dismissed without further notice.

DATED August 21, 2015, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge